Matthew P. Minser, Esq. (SBN 296344)
Siddharth Jhans, Esq. (SBN 254165)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: sjhans@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
And Welfare Trust Fund for Northern California, et al.

Jeffrey J. Goodrich, Esq. (SBN 107577)
GOODRICH & ASSOCIATES
336 Bon Air Center, Suite 335
Greenbrae, California 94904
Telephone: (415) 925-8630
Email: goodrich4bk@gmail.com

Attorneys for Defendant, California Construction Control, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA CONSTRUCTION CONTROL, INC., a California Corporation, <br><br> Defendant. | Case No. 3:20-cv-02311-EMC <br><br> **STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE** |

Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al. and Defendant California Construction Control, Inc. (collectively "Parties") by and through their respective counsel of record, hereby represent that a confidential settlement of this matter has been executed by both Plaintiffs and Defendant.  The Parties hereby agree and stipulate as follows:

1

**STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE**
**Case No. 3:20-cv-02311-EMC**         \\SJLAW-FILES\Public\CLIENTS\OE3CL\California Construction Control, Inc\Pleadings\Drafts\Stipulation to Dismiss 070921.docx

Plaintiffs' Complaint in this action shall be dismissed with prejudice.

DATED: July 9, 2021        **SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/S/_____
Matthew P. Minser
Attorneys for Plaintiffs, Operating Engineers' Health And Welfare Trust Fund for Northern California, et al.

DATED: July 9, 2021        **GOODRICH & ASSOCIATES**

By: _____/S/_____
Jeffrey J. Goodrich
Attorney for Defendant, California Construction Control, Inc.

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

GRANTED
Judge Edward M. Chen

**STIPULATION FOR THE COURT TO DISMISS MATTER WITH PREJUDICE**
Case No. 3:20-cv-02311-EMC        \\SJLAW-FILES\Public\CLIENTS\OE3CL\California Construction Control, Inc\Pleadings\Drafts\Stipulation to Dismiss 070921.docx